**Yuliya Kancheva YANKOVA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70340.**

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 24, 2012.

John E. Ricci, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Allison Frayer, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Yuliya Kancheva Yankova, a native and citizen of Bulgaria, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of discretion, *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008), and we deny the petition for review.

The BIA did not abuse its discretion by denying Yankova's motion to reopen because the BIA considered the evidence she submitted and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See id.* at 996–97 (prior adverse credibility determination rendered motion to reopen evidence immaterial); *Najmabadi v. Holder,* 597 F.3d 983, 989 (9th Cir.2010) (evidence in motion must have "individualized relevancy").

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.